Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., Suite 170
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| TIMOTHY NOEL, | ) **Case No.:** |
| | ) |
| Plaintiff, | ) **COMPLAINT AND DEMAND FOR** |
| | ) **JURY TRIAL** |
| v. | ) |
| | ) **(Unlawful Debt Collection Practices)** |
| NATIONAL CREDIT SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S COMPLAINT**

TIMOTHY NOEL (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against NATIONAL CREDIT SYSTEMS, INC. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

- 1 -

PLAINTIFF'S VERIFIED COMPLAINT

5.  Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202.*

## PARTIES

6.  Plaintiff is a natural person residing in Phoenix, Maricopa County, Arizona.

7.  Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5).*

8.  Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9.  Defendant is a collection agency and conducts business in Arizona.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant failed to identify itself as a debt collector in subsequent communications.

13. Defendant threatened Plaintiff in a letter dated March 23, 2009 that Plaintiff's account will be reviewed for possible legal action.  (See letter from National Credit Systems attached as Exhibit A.)

14. Defendant verbally threatened and in writing on April 29, 2009 to garnish Plaintiff's wages but to date has not filed for such action. (See letter from National Credit Systems attached as Exhibit B.)

15. Defendant threatened Plaintiff in letter dated April 29, 2009 to place liens on Plaintiff's property including automobiles, real estate, and other real property.  (See Exhibit B.)

16. Defendant threatened Plaintiff in letter dated April 29, 2009 to seize and auction Plaintiff's personal property.   (See Exhibit B.)

17. Defendant called Plaintiff and hung up when Plaintiff answered the phone.

18. Defendant screamed at Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

19. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA because Defendant engaged in harassing, oppressive, or abusive conduct each time Defendant screamed at Plaintiff.

    b. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    c. Defendant violated *§1692d(6)* of the FDCPA because Defendant engaged in harassing conduct every time Plaintiff picked up the phone and Defendant hung up immediately without disclosing his identity.

    d. Defendant violated *§1692(e)* of the FDCPA because Defendant made a false, deceptive or misleading statement every time Defendant misrepresented to Plaintiff that; Plaintiff's wages will be garnished, Plaintiff's  will be sued, liens will be placed on Plaintiff's property, seizure and auction will be placed on Plaintiff's personal property.

    e. Defendant violated *§1692e(4)* of the FDCPA threatening to garnish Plaintiff's wages even though Defendant did not intend to take such action.

    f. Defendant violated *§1692e(4)* of the FDCPA threatening to place a lien on Plaintiff's property even though Defendant did not intend to take such action.

    g. Defendant violated *§1692e(4)* of the FDCPA threatening to seize and auction

PLAINTIFF'S VERIFIED COMPLAINT

Plaintiff's property even though Defendant did not intend to take such action.

h.   Defendant violated *§1692e(5)* of the FDCPA because Defendant made a false or misleading statement when Defendant threatened to sue Plaintiff.

i.   Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by threatening to garnish Plaintiff's wages when Defendant did not intend to do so.

j.   Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by threatening to sue Plaintiff when Defendant did not intend to do so.

k.   Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by threatening to place a lien on Plaintiff's property when Defendant did not intend to do so.

l.   Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by threatening to seize or auction Plaintiff's property when Defendant did not intend to do so.

m.   Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

20. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit C).

WHEREFORE, Plaintiff, TIMOTHY NOEL, respectfully requests judgment be entered against Defendant, NATIONAL CREDIT SYSTEMS, INC., for the following:

21. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

22. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

PLAINTIFF'S VERIFIED COMPLAINT

23. Actual damages,

24. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

25. Any other relief that this Honorable Court deems appropriate.

<u>**DEMAND FOR JURY TRIAL**</u>

Plaintiff, TIMOTHY NOEL, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  May 18, 2009                    KROHN & MOSS, LTD.


By: /s/ Ryan Lee ___

Ryan Lee
Attorney for Plaintiff

PLAINTIFF'S VERIFIED COMPLAINT

1
2
3
4
5
6
7

## VERIFICATION OF COMPLAINT AND CERTIFICATION

8    STATE OF ARIZONA

9         Plaintiff, TIMOTHY NOEL, states as follows:

10   1.   I am the Plaintiff in this civil proceeding.
     2.   I have read the above-entitled civil Complaint prepared by my attorneys and I believe
11        that all of the facts contained in it are true, to the best of my knowledge, information
          and belief formed after reasonable inquiry.
12   3.   I believe that this civil Complaint is well grounded in fact and warranted by existing
          law or by a good faith argument for the extension, modification or reversal of existing
13        law.
     4.   I believe that this civil Complaint is not interposed for any improper purpose, such as
14        to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a
          needless increase in the cost of litigation to any Defendant(s), named in the
15        Complaint.
     5.   I have filed this Complaint in good faith and solely for the purposes set forth in it.
16   6.   Each and every exhibit I have provided to my attorneys which has been attached to
          this Complaint is a true and correct copy of the original.
17   7.   Except for clearly indicated redactions made by my attorneys where appropriate, I
          have not altered, changed, modified or fabricated these exhibits, except that some of
18        the attached exhibits may contain some of my own handwritten notations.

19         Pursuant to 28 U.S.C. § 1746(2), I, TIMOTHY NOEL, hereby declare (or certify,
     verify or state) under penalty of perjury that the foregoing is true and correct
20
21   DATE: _May 23, 2009_              _Timothy Noel_____
                                        TIMOTHY NOEL
22
23
24
25

-6-

PLAINTIFF'S VERIFIED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## **EXHIBIT A**

PLAINTIFF'S VERIFIED COMPLAINT

DEPT. 855
PO BOX 4115
CONCORD CA 94524

**National Credit Systems, Inc.**

P.O. Box 312125
Atlanta, GA 31131-2125
Phone: 404-629-2728 Toll Free: 800-459-1539

ADDRESS SERVICE REQUESTED

March 23, 2009

#BWNFTZF #ATL7528711309030#

TIMOTHY JOHN NOEL
2546 W ORANGEWOOD AVE # 9
PHOENIX AZ 85051-6722

Re:       SMOKE TREE APTS / MAXX / K-9

Account #:    1832825

Balance:     $2761.11

Dear TIMOTHY JOHN NOEL,

We regret that you have failed to make suitable arrangements concerning the above referenced obligation.

Be advised, we are processing this account for placement on your credit history with all three national credit bureaus. If so reported, your ability to obtain credit, rent, or secure favorable interest rates may be affected for seven years from the date of delinquency.

However, it is not too late for us to place a hold on your account if you act now. You may be able to avoid adverse credit reporting entirely if we can work out a reasonable arrangement.

Our representatives will take your individual situation into consideration.

We urge you to contact our office before this debt is placed on your credit record or reviewed for possible legal action.

Cordially,

WILLIAM BLACK
Collection Representative
404-629-2728  800-459-1539

Please direct all correspondence to:
NATIONAL CREDIT SYSTEMS, INC., PO Box 312125, Atlanta, GA 31131-2125

**This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.**

ATL20-0323D303591-JA39-7 3591

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

**<u>EXHIBIT B</u>**

19

20

21

22

23

24

25

PLAINTIFF'S VERIFIED COMPLAINT

DEPT. 855
PO BOX 4115
CONCORD CA 94524

**National Credit Systems, Inc**
P.O. Box 312125
Atlanta, GA 31131-2125
Phone: 404-629-2728 Toll Free: 800-459-1539

ADDRESS SERVICE REQUESTED

April 29, 2009

#BWNFTZF #ATL2064378409041#

TIMOTHY JOHN NOEL
2919 W PIERSON ST
PHOENIX AZ 85017-3455

Re:        SMOKE TREE APTS / MAXX / K-9

Account #:    1832825

Balance:     $2701.11

Dear TIMOTHY JOHN NOEL,

Your refusal to make suitable arrangements to satisfy the above referenced debt has resulted in your account being reviewed for additional recovery options available to our client in your state.

Our company has already reported this account to all three national credit bureaus, which is likely affecting your ability to obtain credit, rent, or secure favorable interest rates.

If voluntary payment of this account is not made, we may recommend that our client proceed with additional collection remedies available to them under the law. Our client may pursue its lawful recovery options, which may include any or all of the following, based upon legal procedures allowed in your state:

      1. Garnishment of wages (states excluded: NC, SC, PA, TX).
      2. Liens placed on property including:
            - automobiles
            - real estate
            - other real property
      3. Seizure & auction of personal property

To avoid further costly collection activity, it is imperative you contact me immediately.

Sincerely,

OREY FERRELL
Collection Representative
404-419-1474 (800-513-7029) ext. 145

Please direct all correspondence to:
NATIONAL CREDIT SYSTEMS, INC., PO Box 312125, Atlanta, GA 31131-2125

**This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.**

ATL30-0429B300793-JA39-7 793

**EXHIBIT C**

PLAINTIFF'S VERIFIED COMPLAINT

**VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF ARIZONA

      Plaintiff, MARY HUMPHREYS, states as follows:

1.     I am the Plaintiff in this civil proceeding.

2.     I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3.     I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4.     I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5.     I have filed this Complaint in good faith and solely for the purposes set forth in it.

6.     Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7.     Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

      Pursuant to 28 U.S.C. § 1746(2), I, MARY HUMPHREYS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: _May 18, 2009_           _Mary Humphreys_
                                   MARY HUMPHREYS

- 5 -