# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| TIMOTHY NOEL,<br><br>             Plaintiff,<br><br>        vs.<br><br>NATIONAL CREDIT SYSTEMS, INC.<br><br>             Defendant.. | Case No.: **CV09-01162-PHX DGC**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 6, 2010

_____
David G. Campbell
United States District Judge

1